UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CASEY OAKS and JAMES MORMILE individually and on behalf of a class of similarly situated investors,<br><br> Plaintiffs,<br><br>v.<br><br>MARABOYINA CAPITAL, LLC and SURAJ MARABOYINA,<br><br> Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:23-cv-02833-X |

## NOTICE OF APPEARANCE OF LOCAL COUNSEL FOR PLAINTIFFS

TO THE HONORABLE JUDGE OF SAID COURT:

James Crewse, who is admitted to practice in this Court, hereby enters his appearance as Local Counsel for Plaintiffs and requests that notice of all pleadings, motions, orders, notices and other papers in this matter be provided to him at the address below:

   James Crewse
   jcrewse@crewselawfirm.com
   CREWSE LAW FIRM, PLLC
   5546 Vanderbilt Ave.
   Dallas, TX 75206
   Phone: (214) 394-2856

Dated:  January 9, 2024.   Respectfully submitted,

       /s/ James Crewse
      JAMES CREWSE
      Texas Bar No. 24045722
      jcrewse@crewselawfirm.com
      **CREWSE LAW FIRM, PLLC**
      5919 Vanderbilt Ave.
      Dallas, TX 75206
      Phone: (214) 394-2856

      **LOCAL COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

    Undersigned counsel hereby certifies that on this January 9, 2024, the foregoing document was served through filing with the Court's CM/ECF system in accordance with FED. R. CIV. P. 5(b)(2)(E) and Local Rule 5.1(d).

                                             /s/  James Crewse
                                             JAMES CREWSE