# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| **CASEY OAKS and JAMES MORMILE individually and on behalf of a class of similarly situated investors,** | ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) | Civil Action No. 3:23-cv-02833 |
| **MARABOYINA CAPITAL, LLC and SURAJ MARABOYINA** | ) ) ) ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE VIA RULE 501.2b

I, Johnathan Jackson, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on February 27, 2024, at 4:41 pm. I delivered these documents to MARABOYINA CAPITAL, LLC and Suraj Maraboyina Individually in Dallas County, TX on March 9, 2024 at 11:46 am at 3909 Hawthorne Ave, 101, Dallas, TX 75219 After making 4 personal attempts to deliver to the documents, Said documents served via RULE 501.2b Certified Mail 9589 0710 5270 1312 3149 36 with Return Receipt 9590 9402 8416 3156 1159 88 .

Class Action Complaint
Summons in a Civil Action
Civil Cover Sheet
Additional Description:
Documents served via RULE 501.2b Certified Mail with Return Receipt after making 4 personal attempts to deliver the documents.

, est. age Unknown, glasses: N, hair, , .
Geolocation of Serve: https://google.com/maps?q=32.8306067689,-96.9805226383
Photograph: See Exhibit 1

My name is Johnathan Jackson, my date of birth is 2/11/1963, and my address is 365 E 2nd Street , Irving , TX 75060, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in ___Ellis County___, ___TX___ on ___3/14/2024___.

/s/ *Johnathan Jackson*
Johnathan Jackson
+1 (210) 573-2425
Certification Number: PSC-20654
Expiration Date: 12/31/2025

Exhibit 1a)

# UNITED STATES POSTAL SERVICE.

IRVING
2701 W IRVING BLVD
IRVING, TX 75061-9998
(800)275-8777

03/09/2024                                        11:46 AM

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|

---

First-Class Mail®        1                          $3.07
Large Envelope
    Dallas, TX 75219
    Weight: 0 lb 7.10 oz
    Estimated Delivery Date
        Mon 03/11/2024
    Certified Mail®                                 $4.40
        Tracking #:
            9589 0710 5270 1312 3149 36
    Return Receipt                                  $3.65
        Tracking #:
            9590 9402 8416 3156 1159 88
Total                                              $11.12

---

Grand Total:                                       $11.12

---

Credit Card Remit                                  $11.12
    Card Name: VISA
    Account #: XXXXXXXXXXXX9231
    Approval #: 014612
    Transaction #: 850
    AID: A0000000980840    Contactless
    AL: US DEBIT

---

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.





Exhibit 1c)





Exhibit 1e)