IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CASEY OAKS and JAMES MORMILE individually and on behalf of a class of similarly situated investors,<br><br>Plaintiffs,<br><br>v.<br><br>MARABOYINA CAPITAL, LLC and SURAJ MARABOYINA,<br><br>Defendants. | Case No. 3:23-cv-02833-X |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Margaret Dunlay Terwey is admitted to practice in this Court and appears as counsel for Defendants Maraboyina Capital, LLC and Suraj Maraboyina. Ms. Terwey requests that notice of all pleadings, motions, orders, notices, and other papers in this matter be provided to her via CM/ECF in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Respectfully submitted,

*/s/ Margaret D. Terwey*
Margaret D. Terwey
Texas Bar No. 24087454
margaret.terwey@rm-firm.com
Tyler Bexley
Texas Bar No. 24073923
tyler.bexley@rm-firm.com
REESE MARKETOS LLP
750 N. Saint Paul St.,
Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile

ATTORNEYS FOR DEFENDANTS

1

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the above and foregoing instrument was served by electronic transmittal by CM/ECF to all counsel of record on March 27, 2024.

               */s/ Margaret D. Terwey*