IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CASEY OAKS and JAMES MORMILE individually and on behalf of a class of similarly situated investors,<br><br>Plaintiffs,<br><br>v.<br><br>MARABOYINA CAPITAL, LLC and SURAJ MARABOYINA,<br><br>Defendants. | § § § § § § § § § § § § § | Case No. 3:23-cv-02833-X |

**DEFENDANTS' MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT**

Defendants Maraboyina Capital, LLC and Suraj Maraboyina respectfully ask this Court to extend the deadline for Defendants to respond to the complaint by 30 days. Plaintiffs served Defendants via Certified Mail on March 9, 2024, which makes the current deadline for Defendants to respond April 1, 2024. Defendants retained counsel yesterday, March 26, 2024, and counsel for Defendants requires additional time to review the complaint, consult with Defendants, and plan their response. Accordingly, Defendants request a 30-day extension, making their response to the Complaint due on or before May 1, 2024.

Counsel for Defendants contacted Plaintiffs' counsel by email and phone to ask whether they will agree to this request; however, Plaintiffs' counsel has not yet responded. Given the urgency of the upcoming deadline, however, Defendants must submit the request without Plaintiffs' response.

Respectfully submitted,

*/s/ Margaret D. Terwey*
Margaret D. Terwey
Texas Bar No. 24087454
margaret.terwey@rm-firm.com
Tyler Bexley
Texas Bar No. 24073923
tyler.bexley@rm-firm.com
REESE MARKETOS LLP
750 N. Saint Paul St.,
Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF CONFERENCE**

I hereby certify that I attempted to confer with Plaintiffs' counsel regarding this Motion. I emailed all counsel of record for Plaintiff on March 26, 2024, as soon as my firm was retained, and left a voicemail for local counsel at his phone number of record on the morning of March 27, 2024. As of this filing, Plaintiffs have not yet responded or returned the phone call.

*/s/ Margaret D. Terwey*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument was served by electronic transmittal by CM/ECF to all counsel of record on March 27, 2024.

*/s/ Margaret D. Terwey*