IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CASEY OAKS and JAMES MORMILE** individually and on behalf of a class of similarly situated investors, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Case No. 3:23-cv-02833-X |
| **MARABOYINA CAPITAL, LLC and SURAJ MARABOYINA,** | | |
| Defendants. | | |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Having considered Defendants' Motion to extend their time to respond to the Complaint, the Court finds good cause to GRANT the Motion and EXTENDS the deadline for Defendants to respond to the Complaint by 30 days. Defendants shall respond to the Complaint on or before May 1, 2024.

**IT IS SO ORDERED**.

Dated: _____ _____

Hon. Brantley Starr
U.S. District Judge

1