IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CASEY OAKS and JAMES MORMILE individually and on behalf of a class of similarly situated investors,<br><br>    Plaintiffs,<br><br>v.<br><br>MARABOYINA CAPITAL, LLC and SURAJ MARABOYINA,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§  Case No. 3:23-cv-02833-X<br>§<br>§<br>§<br>§<br>§<br>§ |

## AMENDED CERTIFICATE OF CONFERENCE

Defendants Maraboyina Capital, LLC and Suraj Maraboyina respectfully supplement the certificate of conference submitted with their Motion to Extend (ECF No. 11) to inform the Court that counsel for Plaintiffs responded and informed Defendants that they are **unopposed** to the 30-day extension requested in the Motion to Extend.

Respectfully submitted,

*/s/ Margaret D. Terwey*
Margaret D. Terwey
Texas Bar No. 24087454
margaret.terwey@rm-firm.com
Tyler Bexley
Texas Bar No. 24073923
tyler.bexley@rm-firm.com
REESE MARKETOS LLP
750 N. Saint Paul St.,
Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served by electronic transmittal by CM/ECF to all counsel of record on March 28, 2024.

/s/ *Margaret D. Terwey*