IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CASEY OAKS and JAMES MORMILE individually and on behalf of a class of similarly situated investors,<br><br>Plaintiffs,<br><br>v.<br><br>MARABOYINA CAPITAL, LLC and SURAJ MARABOYINA,<br><br>Defendants. | Case No. 3:23-cv-02833-X |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS**

Having considered Defendants' Motion to Dismiss the Complaint, and all supporting briefs and documents submitted therewith, the Court finds good cause to GRANT the Motion in its entirety and DISMISSES with prejudice all of the claims against Defendants.

**IT IS SO ORDERED**.

Dated: _____          _____

Hon. Brantley Starr
U.S. District Judge