**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **CASEY OAKS and JAMES MORMILE**<br>**individually and on behalf of a class of**<br>**similarly situated investors,** | § § § § | |
| **Plaintiffs,** | § § | **Case No.  3:23-cv-02833-X** |
| **v.** | § § | |
| **SURAJ MARABOYINA** | § § | |
| **Defendants.** | § § | |

**UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO AMENDED COMPLAINT**

Defendant Suraj Maraboyina respectfully asks the Court to extend the deadline for Defendant to respond to Plaintiffs' Amended Complaint (Doc. No. 19).  The current deadline for a response to the Amended Complaint is March 21, 2025.  However, the parties are engaged in discussions to potentially resolve the case and have agreed to an extension of the deadline to April 28, 2025, to facilitate those discussions and avoid potentially unnecessary motion practice before the Court. Accordingly, Defendant respectfully asks the Court to extend the deadline to respond to April 28, 2025.

Respectfully submitted,

*/s/ Margaret D. Terwey*
Margaret D. Terwey
Texas Bar No. 24087454
margaret.terwey@rm-firm.com
Tyler Bexley
Texas Bar No. 24073923
tyler.bexley@rm-firm.com
REESE MARKETOS LLP
750 N. Saint Paul St.,
Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile

ATTORNEYS  FOR DEFENDANTS


## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant conferred with counsel for Plaintiffs by telephone on March 4, 2025, and Plaintiffs' counsel is unopposed to the requested extension.

*/s/ Margaret D. Terwey*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served by electronic transmittal by CM/ECF to all counsel of record on March 4, 2025.

*/s/ Margaret D. Terwey*