IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CASEY OAKS and JAMES MORMILE** individually and on behalf of a class of similarly situated investors, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 3:23-cv-02833-X |
| **MARABOYINA CAPITAL, LLC** and **SURAJ MARABOYINA**, | § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**

Having considered Defendants' Motion to extend the time to respond to the Complaint, the Court finds good cause to GRANT the Motion and EXTENDS the deadline for Defendant to respond to the Complaint to **April 28, 2025.**

**IT IS SO ORDERED**.

Dated: _____     _____

                                                                                Hon. Brantley Starr
                                                                                U.S. District Judge

1