UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CASEY OAKS and JAMES MORMILE individually and on behalf of a class of similarly situated investors, | § § § § § | |
| Plaintiffs, | § § | Case No. 3:23-cv-02833-X |
| v. | § § | |
| MARABOYINA CAPITAL, LLC and SURAJ MARABOYINA, | § § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS

TO THE HONORABLE JUDGE OF SAID COURT:

Alexander N. Loftus, who is admitted to practice in this Court, hereby enters his appearance as Local Counsel for Plaintiffs and requests that notice of all pleadings, motions, orders, notices and other papers in this matter be provided to him at the address below:

> Alexander Loftus
> alex@loftusandeisenberg.com
> LOFTUS & EISENBERG, LTD
>  161 N. Clark, Suite 1600
> Chicago, Illinois 60601
> Phone: (312) 899-6625

Dated:  March 10, 2025          Respectfully submitted,

/s/ Alexander N. Loftus
Alexander N. Loftus
alex@loftusandeisenberg.com
LOFTUS & EISENBERG, LTD
 161 N. Clark, Suite 1600
Chicago, Illinois 60601
Phone: (312) 899-662
**COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      Undersigned counsel hereby certifies that on this March 10, 2025, the foregoing document was served through filing with the Court's CM/ECF system in accordance with FED. R. CIV. P. 5(b)(2)(E) and Local Rule 5.1(d).

                              /s/  Alexander N. Loftus