IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CASEY OAKS and JAMES MORMILE** individually and on behalf of a class of similarly situated investors,<br><br>    Plaintiffs,<br><br>v.<br><br>**SURAJ MARABOYINA,**<br><br>    Defendant. | Case No. 3:23-cv-02833-X |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Having considered Defendant's Motion to Dismiss the Amended Complaint, and all supporting briefs and documents submitted therewith, the Court finds good cause to GRANT the Motion in its entirety and DISMISSES with prejudice all of the claims against Defendant.

**IT IS SO ORDERED**.

Dated: _____          _____

                                                                            Hon. Brantley Starr
                                                                            U.S. District Judge