IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CASEY OAKS and JAMES MORMILE individually and on behalf of a class of similarly situated investors,<br><br>    Plaintiffs,<br><br>v.<br><br>SURAJ MARABOYINA,<br><br>    Defendant. | § § § § § § § § § § § § § § | Case No. 3:23-cv-02833-X |

**DECLARATION OF MARGARET D. TERWEY
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

I, Margaret D. Terwey, declare as follows:

1. I am an attorney duly admitted to practice before this Court and am trial counsel for Defendant Suraj Maraboyina. The matters stated below are true based on my own personal knowledge, and if called as a witness, I could and would competently testify to the same.

2. Attached hereto as Exhibit A is a true and correct copy of the court's order of February 20, 2025, granting Defendant Jason Cloth's Motion to Dismiss in *Fowler v. Schmidt Advisory Services, Inc.*, No. 2024CH01610 (Cook Cnty. Circuit Ct., Ch. Div. filed Mar. 5, 2024).

3. Attached hereto as Exhibit B is a true and correct copy of the Participation Agreement and Term Sheet memorializing Casey Oaks's investment in the film Monkey Man, dated February 27, 2020, and fully executed. Bank account information has been redacted.

4. Attached hereto as Exhibit C is a true and correct copy of the Participation Agreement and Term Sheet memorializing Casey Oaks's investment in the film Fables. The Term Sheet is fully executed, and the Participation Agreement is executed by Oaks. Bank account information has been

redacted.

5. Attached hereto as Exhibit D is a true and correct copy of the Participation Agreement and Term Sheet memorializing Casey Oaks's investment in the film Bubble's Hotel and is fully executed. Bank account information has been redacted.

6. Attached hereto as Exhibit E is a true and correct copy of the Participation Agreement and Term Sheet memorializing Casey Oaks's investment in the film Young Bear Grylls and is fully executed. Bank account information has been redacted.

7. Attached hereto as Exhibit F is a true and correct copy of an unexecuted version of the Participation Agreement and Term Sheet memorializing Casey Oaks's investment in the film Hailey and the Hero Heart and executed by Jason Cloth for Creative Wealth Media Finance Corp. Although Defendant does not have a version of this document executed by Oaks, he believes an executed version is likely to be produced during discovery in this matter. Bank account information has been redacted.

8. Attached hereto as Exhibit G is a true and correct copy of the Participation Agreement and Term Sheet memorializing Casey Oaks's investment in the film Monkey Man, dated May 19, 2020, and is fully executed. Bank account information has been redacted.

9. Attached hereto as Exhibit H is a true and correct copy of the Participation Agreement and Term Sheet memorializing Casey Oaks's investment in the film Monkey Man, dated March 9, 2021, and is fully executed. Bank account information has been redacted.

10. Attached hereto as Exhibit I is a true and correct copy of the Participation Agreement and Term Sheet memorializing Casey Oaks's investment in the film National Anthem and is fully executed. Bank account information has been redacted.

11. Attached hereto as Exhibit J is a true and correct copy of the Participation Agreement and Term Sheet memorializing Casey Oaks's investment in the film Robinhood and is fully executed.

Bank account information has been redacted.

12. Attached hereto as Exhibit K is a true and correct copy of the Participation Agreement and Term Sheet memorializing Casey Oaks's investment in the film Gossamer, dated June 9, 2022. The Term Sheet is executed by Oaks, and the Participation Agreement is fully executed by both parties. Bank account information has been redacted.

13. Attached hereto as Exhibit L is a true and correct copy of the Participation Agreement and Term Sheet memorializing Casey Oaks's investment in the film Gossamer, dated July 15, 2022, and is fully executed. Bank account information has been redacted.

14. Exhibits B through L are the versions of the referenced Participation Agreements and Term Sheets that Defendant has in his possession. Certain of these documents are not fully executed to the extent noted above, although Oaks has executed each of the attached documents except Exhibit F. Fully executed versions of each of these documents are likely to be produced during the course of this litigation by either Plaintiffs or a third party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 9, 2025, in Dallas, Texas.

*/s/ Margaret D. Terwey*
Margaret D. Terwey