UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CASEY OAKS and JAMES MORMILE, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 3:23-CV-2833-X |
| SURAJ MARABOYINA and MARABOYINA CAPITAL, LLC, | § § § § | |
| *Defendants*. | § | |

## **MEMOROANDUM OPINION AND ORDER**

Before the Court is Suraj Maraboyina's motion to strike Plaintiffs Casey Oaks and James Mormile's Amended Complaint.  (Doc. 23).  The Court previously granted a motion to dismiss and granted leave to Oaks and Mormile to file an amended complaint that is "limited to curing the defects [that order] identifies."[1]  Instead, Oaks and Mormile filed an amended complaint that exceeded the scope of that leave by filing entirely new causes of action while abandoning the old ones.  Therefore, the Court **GRANTS** the motion to strike and **STRIKES** the amended complaint at Doc. 19.

The Court **GRANTS LEAVE** to Oaks and Mormile to file an amended complaint in accordance with the Court's order at Doc. 18.  If they fail to do so, the Court will dismiss the action for failure to follow Court orders and for want of

---

[1] Doc. 18 at 11.

prosecution.  Oaks and Mormile must file the amended complaint on or before August 19, 2025.

**IT IS SO ORDERED** this 14th day of August, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE